ROBBINS GELLER RUDMAN
& DOWD LLP
DAVID T. WISSBROECKER (243867)
EDWARD M. GERGOSIAN (105679)
PHONG L. TRAN (204961)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dwissbroecker@rgrdlaw.com
egergosian@rgrdlaw.com
ptran@rgrdlaw.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANTHONY BADOLATO and BRAD MOUW, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

ENTROPIC COMMUNICATIONS, INC., et al.,

Defendants.

Case No. 3:15-cv-00426-BAS-KSC

CLASS ACTION

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, on March 30, 2015, plaintiffs Anthony Badolato and Brad Mouw filed an Amended Class Action Complaint for Violation of Federal Securities Laws and Breach of Fiduciary Duty against Entropic Communications, Inc. ("Entropic" or the "Company") and the members of Entropic's Board of Directors, MaxLinear, Inc., a Delaware corporation, Excalibur Acquisition Corporation, a Delaware corporation and a wholly-owned subsidiary of MaxLinear, Inc., and Excalibur Subsidiary, LLC, a Delaware limited liability company and a wholly-owned subsidiary of MaxLinear, Inc., for breaches of fiduciary duty and violations of certain federal securities laws in connection with the proposed acquisition of the Company by MaxLinear, Inc.;

WHEREAS, no defendant in the Action has answered or filed for summary judgment; and

WHEREAS, a class has not been certified in the Action.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs voluntarily dismiss this Action without prejudice.

DATED: April 22, 2015

ROBBINS GELLER RUDMAN
& DOWD LLP
DAVID T. WISSBROECKER
EDWARD M. GERGOSIAN
PHONG L. TRAN

s/ David T. Wissbroecker
DAVID T. WISSBROECKER

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LAW OFFICES OF MARC S. HENZEL
MARC S. HENZEL
431 Montgomery Avenue, Suite B
Merion Station, PA 19066
Telephone: 610/660-8000
610/660-8080 (fax)

THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE
8150 N. Central Expressway, Suite 1575
Dallas, TX 75206
Telephone: 214/239-4568
281/254-7789 (fax)

POWERS TAYLOR LLP
PATRICK W. POWERS
Campbell Centre II
8150 North Central Expressway, Suite 1575
Dallas, TX 75206
Telephone: 214/239-8900
214/239-8901 (fax)

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2015 I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 22, 2015.

s/ David T. Wissbroecker
DAVID T. WISSBROECKER

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: DWissbroecker@rgrdlaw.com

# Mailing Information for a Case 3:15-cv-00426-BAS-KSC Badolato v. Maxlinear, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Koji F Fukumura**
  kfukumura@cooley.com,chourani@cooley.com
- **Ignacio E. Salceda**
  isalceda@wsgr.com,bbahns@wsgr.com
- **David T Wissbroecker**
  dwissbroecker@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)